MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER,
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH AMY FARAH KEHLER,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 1:19-cv-00228-GSA<br><br>**STIPULATION TO REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND DIRECTION TO CLERK OF COURT FOR ENTRY OF JUDGMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

    As noted, this stipulation constitutes a remand under the *fourth sentence* of

Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: November 6, 2019             MCGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                              BY:   */s/ Patrick Snyder*
                                    PATRICK SNYDER
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

Dated: November 1, 2019

                              BY:   */s/ Melissa Newel*
                                    MELISSA NEWEL
                                    Attorneys for Plaintiff

                                    (as authorized by email on 11/1/19)

In accordance with the stipulation above, the Clerk of Court is directed to enter judgment for Plaintiff Sarah Amy Farah Kehler and against Defendant Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

   Dated:  **November 7, 2019**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE